UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. and J.D.,

                Plaintiffs,

-against-

EMBLEMHEALTH PLAN, INC. and JOHN DOE,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/25/2022_
```

22 Civ. 760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 9, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by April 1, 2022. ECF No. 5. On April 11, 2022, the Court, *sua sponte*, extended the deadline to April 18, 2022. ECF No. 9. Those submissions are now overdue. Accordingly, by **May 27, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                                      ANALISA TORRES
                                         United States District Judge