UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. and J.D.,

                Plaintiffs,

-against-

EMBLEMHEALTH PLAN, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2022
```

22 Civ. 760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 9, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by April 1, 2022. ECF No. 5. On April 11, 2022, the Court, *sua sponte*, extended the deadline to April 18, 2022. ECF No. 9. When the parties again did not comply with the deadline, the Court again, *sua sponte*, extended the deadline to May 27, 2022. ECF No. 10. Those submissions are overdue. Accordingly, by **June 15, 2022**, the parties shall submit their joint letter and proposed case management plan. If Defendant has not appeared by June 30, 2022, Plaintiffs shall move for a default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases. No further extension shall be granted absent a showing of good cause.

    SO ORDERED.

Dated: June 1, 2022
       New York, New York

                                    ANALISA TORRES
                                United States District Judge