UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. and J.D.,

                Plaintiffs,

-against-

EMBLEMHEALTH PLAN, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/5/2022_

22 Civ. 760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 9, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by April 1, 2022. ECF No. 5. On April 11, 2022, the Court, *sua sponte*, extended the deadline to April 18, 2022. ECF No. 9. When the parties again did not comply with the deadline, the Court again, *sua sponte*, extended the deadline to May 27, 2022. ECF No. 10. Then, on June 1, 2022, the Court, *sua sponte*, extended the deadline to June 15, 2022. ECF No. 11. Although Plaintiffs sought, and were granted, an extension on behalf of Defendant to the deadline to answer or otherwise respond to the complaint, no extension was sought for the joint letter and proposed case management plan. ECF Nos. 12–13.

    Accordingly, by **July 15, 2022**, the parties shall submit their joint letter and proposed case management plan. If Defendant has not appeared by July 15, 2022, by **July 19, 2022**, Plaintiffs shall move for a default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases. Failure to comply with this order may result in the case being dismiss for failure to prosecute.

    SO ORDERED.

Dated: July 5, 2022
       New York, New York

                                            ANALISA TORRES
                                    United States District Judge