UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. and J.D.,

                              Plaintiffs,

                    -against-

EMBLEMHEALTH PLAN, INC.; CIGNA
CORPORATION; EXPRESS SCRIPTS HOLDING
COMPANY; EXPRESS SCRIPTS PHARMACY,
INC.; and JOHN DOE, a fictitious name, real name
unknown, intended to be the individual(s) or
entit(y)(ies) which unlawfully interfered with
Plaintiff's rights, as set forth below,

                              Defendants.

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____                │
│ DATE FILED:  8/3/2022                 │
└──────────────────────────────────────┘
```

22 Civ. 760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **September 2, 2022**, the parties shall file their joint letter and proposed case management plan.  *See* ECF No. 5.

        SO ORDERED.

Dated: August 3, 2022
        New York, New York

_____
        ANALISA TORRES
        United States District Judge