UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. and J.D.,

                    Plaintiffs,

-against-

EMBLEMHEALTH PLAN, INC.; CIGNA CORPORATION; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS PHARMACY, INC.; and JOHN DOE, a fictitious name, real name unknown, intended to be the individual(s) or entit(y)(ies) which unlawfully interfered with Plaintiff's rights, as set forth below,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022

22 Civ. 760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 3, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by September 2, 2022. ECF No. 20. Those submissions are now overdue. Accordingly, by **September 16, 2022**, the parties shall submit a joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 12, 2022
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge