```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/27/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. and J.D.,

                Plaintiffs,

-against-

EMBLEMHEALTH PLAN, INC.; CIGNA CORPORATION; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS PHARMACY, INC.; and JOHN DOE, a fictitious name, real name unknown, intended to be the individual(s) or entit(y)(ies) which unlawfully interfered with Plaintiff's rights, as set forth below,

                Defendants.

22 Civ. 760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 19, 2022, the Court ordered the parties to file a joint letter stating their position on ADR by September 26, 2022. ECF No. 28. This submission is overdue. Accordingly, by **October 3, 2022**, the parties shall file their joint letter.

    SO ORDERED.

Dated: September 27, 2022
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge