

55 Water Street, New York, NY 10041-8190

Carlos G. Manalansan
Deputy General Counsel
(973) 951-3147
E-Mail: CManalansan@EmblemHealth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2023

February 10, 2023

Via ECF

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

    Re:    S.D. and J.D. v. EmblemHealth Plan, Inc.
                S.D.N.Y. Docket No. 22-cv-760

**_Request for Extension of Deadline_**

Dear Judge Torres:

    I represent defendant EmblemHealth Plan, Inc., formerly known as Group Health Incorporated (hereinafter, "EmblemHealth"), in the above-referenced civil action. I am writing, with the consent of counsel for all parties, to request a 30-day extension of the deadline to file a settlement agreement, which is presently set for February 13, 2023. This is the second request in this matter for an extension of this date, and the first such request by EmblemHealth.

    During the process of reviewing drafts of a proposed Memorandum of Settlement, certain issues arose regarding the logistics of a key component of the settlement, which relates to health insurance coverage of certain services to be rendered to plaintiff J.D., in the future. The logistics need to be accurately reflected in the Memorandum of Settlement, so as to minimize, if not eliminate, any post-settlement administrative issues. EmblemHealth is also exploring a way to simplify the process. The expectation is that those issues will be resolved very shortly, at which point a revised draft Memorandum of Settlement can be circulated among counsel for the parties. I believe the extension requested herein will be sufficient to bring this matter to a conclusion.

EmblemHealth Plan, Inc., EmblemHealth Insurance Company, EmblemHealth Services Company, LLC and Health Insurance Plan of Greater New York (HIP) are EmblemHealth companies.
EmblemHealth Services Company, LLC provides administrative services to the EmblemHealth companies.



Hon. Analisa Torres, U.S.D.J.
February 10, 2023
Page 2

We thank Your Honor for kindly considering this request.

Respectfully submitted,

Carlos G. Manalansan

cc: <u>Via E-Mail and ECF</u>
William P. Perniciaro, Esq.
Attorney for Plaintiffs
E-Mail: wperni@msn.com

Matthew Knepper, Esq.
Husch Blackwell
Attorneys for Defendant
ExpressScripts
E-Mail: matt.knepper@huschblackwell.com

GRANTED. The parties may file a settlement agreement on the docket by **March 15, 2023**.

SO ORDERED.

Dated: February 13, 2023
    New York, New York

ANALISA TORRES
United States District Judge