```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
S.D. and J.D.,                            ELECTRONICALLY FILED
                                          DOC #: _____
                        Plaintiffs,       DATE FILED:  3/16/2023
```

-against-                                                  22 Civ. 760 (AT)

EMBLEMHEALTH PLAN, INC.; CIGNA                             **ORDER**
CORPORATION; EXPRESS SCRIPTS HOLDING
COMPANY; EXPRESS SCRIPTS PHARMACY,
INC.; and JOHN DOE, a fictitious name, real name
unknown, intended to be the individual(s) or
entit(y)(ies) which unlawfully interfered with
Plaintiff's rights, as set forth below,

                        Defendants.
_____

ANALISA TORRES, District Judge:

The Court has reviewed the parties' settlement agreement dated March 15, 2023. ECF No. 66. The settlement agreement contains redactions, and includes a clause that states, "Inasmuch as this document is to be filed with the Court, the parties agree that any of the terms of the settlement herein . . . shall be redacted from this document before filing of [the] same." *Id.* ¶ N. This is improper. The Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. ECF No. 61 (citing Rule IV(C) of the Court's Individual Practices in Civil Cases). The parties must submit an unredacted settlement agreement to be so-ordered by the Court. In addition, the Court shall only retain jurisdiction for one year.

Accordingly, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing their settlement agreement, by **March 20, 2023**, the parties shall submit a revised settlement agreement that conforms to the above. No further extensions shall be granted absent a showing of good cause.

SO ORDERED.

Dated: March 16, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge